18004.  SOUTHERN COTTON OIL CO. *v.* ATLANTA TRUST CO.

BLOODWORTH, J.  The court did not err in overruling the certiorari.

*Judgment affirmed. Luke, J., concurs. Broyles, C. J., disqualified.*

DECIDED MAY 11, 1927.

Certiorari; from Fulton superior court—Judge Pomeroy. February 11, 1927.

*Candler, Thomson & Hirsch,* for plaintiff in error.

*Hoke O'Kelley, Spalding, MacDougald & Sibley,* contra.